UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DINESH PATEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAL USA, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00536-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Authorization to E-file and for Remote Appearance. ECF No. 7. Plaintiff has met the requirements for E-filing; thus, this request is granted below.

Plaintiff seeks a blanket order from the Court allowing him to appear remotely in this matter. Plaintiff says he lives out of state and the distance between his home and the District of Nevada is substantial. However, whether remote appearance will be permitted in the future is a decision each judge assigned to the case will make dependent upon the particular issue being considered by that judge.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Authorization to E-file and for Remote Appearance (ECF No. 7) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff's Motion seeking authorization to electronically file in this case is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall forward the Consent for Electronic Service of Documents (ECF No. 5) to the Help Desk to configure Plaintiff's CM/ECF account. Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure Plaintiff's CM/ECF account.

IT IS FURTHER ORDERED that Plaintiff's Motion for Remote Appearance is DENIED without prejudice.

Dated this 27th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE