Kirstin M. Jahn
Nevada Bar No. 6000
JAHN & ASSOCIATES, LLC
1942 Broadway Suite 314
Boulder, CO 80302
(303) 545-5128
Kirstin@jahnlaw.com
*Attorneys for Defendants*

Henry E. Lichtenberger
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard,
Suite 350,
Las Vegas, Nevada 89145
*Defendants' Designated Attorney
for Service in Nevada LR 1A 11-1(b)(2)*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DINESH PATEL, an individual resident of California<br><br>Plaintiff,<br><br>vs.<br><br>PAL USA, Inc, a Nevada corporation and PALTRONICS AUSTRALASIA, Pty Ltd., an Australian company<br>Defendants | Case No.: 2:24-cv-00536-APG-EJY<br><br>**DEFENDANTS' EMERGENCY MOTION FOR A THREE DAY ENLARGEMENT OF TIME TO REPLY TO THE OPPOSITION TO THE MOTION TO DISMISS** |

Defendants, hereby request a three (3) day extension of time to file their Reply to the Opposition for the Motion to Dismiss, which was filed on May 14, 2024. The due date for the Reply is today, Wednesday June 5, 2024. A three (3) day extension is requested through Monday, June 10, 2024. Defendants' counsel contacted Mr. Patel via email and phone voicemail earlier this afternoon, but was not able to reach him, nor was a response received prior

1

to filing this request. This is the first request to extend the time to file a Reply to the Motion to Dismiss.

This enlargement of time is sought in good faith as Defendants' counsel has spent the better part of this week seeking appropriate emergency medical care for an immediate family member. There is no prejudice to Plaintiff in extending the response time for this additional three (3) days because the case has barely begun.

Dated: June 5, 2024                                     Respectfully submitted,

**JAHN & ASSOCIATES, LLC**

s/Kirstin M. Jahn
Kirstin M. Jahn
Jahn & Associates, LLC
1942 Broadway Suite 314
Boulder, CO 80302
303-545-5128
Kirstin@jahnlaw.com

*Attorneys for Defendants*
*Pal USA and Paltronics Australasia*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2024