Kirstin M. Jahn
Nevada Bar No. 6000
JAHN & ASSOCIATES, LLC
1942 Broadway Suite 314
Boulder, CO 80302
(303) 545-5128
Kirstin@jahnlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DINESH PATEL, an individual,<br>         Plaintiff,<br>v<br>PAL USA, Inc., a Nevada corporation<br>         Defendant. | Case No.: 2:24-cv-00536-APG-EJY<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT (FIRST REQUEST)** |

Plaintiff Dinesh Patel ("Plaintiff") and Defendant Pal USA, Inc. ("Defendant") (collectively "the Parties") have agreed to certain settlement terms in this matter.  To provide time for the Parties to finalize the written agreement, the Parties stipulate to a thirty (30) day extension of time for Defendant to file a response to the Complaint.  This would extend the response date from January 15, 2025 to February 15, 2025.  The parties do not anticipate any change in the Scheduling Order as a result of this extension.

Dated:  January 14, 2025

**DINESH PATEL**                                             **JAHN & ASSOCIATES**

/s/Dinesh Patel_____                              s/Kirstin M. Jahn
*Pro Se* Plaintiff
                                                                            *Attorneys for Defendant*

Henry E. Lichtenberger
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard,
Suite 350,
Las Vegas, Nevada 89145

*Defendants' Designated Attorney
for Service in Nevada LR 1A 11-1(b)(2)*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: January 14, 2025