1  Kirstin M. Jahn
   Nevada Bar No. 6000
2  JAHN & ASSOCIATES, LLC
   1942 Broadway Suite 314
3  Boulder, CO 80302
   (303) 545-5128
4  Kirstin@jahnlaw.com

5

                    **UNITED STATES DISTRICT COURT**
6                    **FOR THE DISTRICT OF NEVADA**

7                                          Case No.: 2:24-cv-00536-APG-EJY
   DINESH PATEL, an individual,
8                   Plaintiff,
   v
9                                          **UNOPPOSED MOTION FOR**
   PAL USA, Inc., a Nevada corporation     **EXTENSION OF TIME FOR**
10                  Defendant.             **DEFENDANT TO FILE RESPONSE TO**
                                           **COMPLAINT (SECOND REQUEST)**
11                                         **AND TO SCHEDULING ORDER**

12        Defendant Pal USA, Inc. ("Defendant") conferred with Plaintiff over the weekend

13 pursuant to this Court's February 14, 2025 and Plaintiff agreed to allow Defendant a 30-

14 day extension of time to file its answer to the complaint so long as the scheduling order

15 deadlines are also moved out by 30 days.  In light of this discussion and with plaintiff's

16 consent, Defendant seeks a 30-day extension of time to respond to the Complaint, up

17 through and including March 17, 2025, in addition to an extension of 30 days to the

18 scheduling order due dates.

19        Defendant has good reason for seeking this extension because Defendant's

20 attorney, Ms. Jahn, is recovering from shoulder replacement surgery, has had

21 complications caused by the surgery, and is not yet working full time. In addition, she is

22 working with only one arm so work tasks take quite a bit longer than they otherwise

23 would take.

                                        1

Thus, Defendant also seeks a 30-day extension of time to all dates set forth in the scheduling order to accommodate Defendant's extension of time to answer the Complaint.

The new proposed dates are as follows:

| Event | Current Dates | ~~Proposed~~ New Dates |
|---|---|---|
| Deadline to Amend Pleadings | April 15, 2025 | May 15, 2025 |
| Close of Fact Discovery | July 15, 2025 | August 15, 2025 |
| Expert Reports Due | May 15, 2025 | June 16, 2025 |
| Rebuttal Expert Reports Due | June 16, 2025 | July 16, 2025 |
| Close of Expert Discovery | July 15, 2025 | August 15, 2025 |
| Deadline to File Dispositive Motions | September 15, 2025 | October 15, 2025 |
| Pretrial Conference Order unless dispositive motions are filed.  If dispositive motions are filed the 30 days after the order issues relating to all dispositive motions. | October 15, 2025 | November 14, 2025 |

For the foregoing reasons, Defendant respectfully requests this Court grant its motion for a 30-day extension of time to file a response to the complaint, up through and including March 15, 2025, and in addition, allow the parties a 30-day extension to the scheduling order as proposed above.

Dated:  February 15, 2025

**JAHN & ASSOCIATES**

s/Kirstin M. Jahn
*Attorneys for Defendant*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:  February 18, 2025

Henry E. Lichtenberger
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard,
Suite 350,
Las Vegas, Nevada 89145

*Defendants' Designated Attorney
for Service in Nevada LR 1A 11-1(b)(2)*