1  Michael J. McCue
   NV Bar No.: 6055
2  Meng Zhong
   NV Bar No.: 12145
3  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   702-949-8200
5  Michael.McCue@wbd-us.com
   Meng.Zhong@wbd-us.com
6
   Kirstin M. Jahn
7  NV Bar No.: 6000
   JAHN & ASSOCIATES, LLC
8  1942 Broadway, Suite 314
   Boulder, CO 80302
9  303-545-5128
   Kirstin@jahnlaw.com
10
   *Attorneys for Defendant Pal USA, Inc.*
11

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DINESH PATEL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PAL USA, INC., a Nevada corporation,<br><br>    Defendant. | Case No.: 2:24-cv-00536-APG-EJY<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT PAL USA, INC.** |

Defendant Pal USA, Inc. hereby authorizes the substitution of Womble Bond Dickinson (US) LLP in place of SKLAR WILLIAMS PLLC as local counsel in this action. The law firm JAHN & ASSOCIATES shall remain as lead counsel for Pal USA, Inc.

DATED this 21st day of July, 2025.

Pal USA, Inc.



By: _____

SKLAR WILLIAMS PLLC hereby consents to the substitution of Womble Bond Dickinson (US) LLP in our place as local counsel of record for Defendant Pal USA, Inc. in this action.

DATED this 21st day of July, 2025.

SKLAR WILLIAMS PLLC

By: */s/ Henry E. Lichtenberger*
Henry E. Lichtenberger
410 South Rampart Blvd., Suite 350
Las Vegas, NV 89145

Womble Bond Dickinson (US) LLP hereby consents to its substitution in place of SKLAR WILLIAMS PLLC as local counsel of record for Defendant Pal USA, Inc. in this action.

DATED this 21st day of July, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Meng Zhong*
Michael J. McCue, NV Bar No. 6055
Meng Zhong, NV Bar No. 12145
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
702.949.8200
Michael.McCue@wbd-us.com
Meng.Zhong@wbd-us.com

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Dated: July 21, 2025