UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DINESH PATEL, | Case No.: 2:24-cv-00536-APG-EJY |
| Plaintiff | **Order Denying Motions Moot** |
| v. | [ECF Nos. 35, 39, 40] |
| PAL USA, INC., | |
| Defendant | |

In light of the parties' stipulation indicating they have settled this matter (ECF No. 59), I ORDER that the pending motions **(ECF Nos. 35, 39, 40) are DENIED as moot**, without prejudice to refile them if the settlement does not finalize.

DATED this 25th day of August, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE