**EXHIBIT D**

**DINESH PATEL**

2118 Walsh Ave, Suite 240

Santa Clara, CA 95050

Telephone: (408) 454-8378

Email:btcroot@gmail.com

*Pro Se*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DINESH PATEL, an individual and California resident; | Case No.: 2:24-cv-00536-APG-EJY |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH** |
| v. | **PREJUDICE** |
| PAL USA, INC., a Nevada corporation, | |
| Defendants. | |

  Pursuant to Federal Rules of Civil Procedure 41(a), the parties hereby stipulate to the dismissal with prejudice of all counterclaims against Plaintiff, and dismissal with prejudice of all claims against Defendant in the above-entitled action. The parties have resolved their trademark dispute by means of a separate, confidential settlement agreement, with each party bearing its own costs and attorney's fees.

Dated:  8/29/2025       DINESH PATEL

                 /s/ Dinesh Patel

By:_____

            Dinesh Patel (*Pro Se* Plaintiff)

Dated: 8/29/2025                              PAL USA, Inc


                                             By: /s/ Meng Zhong

                                             Meng Zhong, NV Bar No. 12145
                                             WOMBLE BOND DICKINSON (US) LLP
                                             3993 Howard Hughes Parkway, Suite 600
                                             Las Vegas, NV 89169
                                             702.949.8200
                                             Michael.McCue@wbd-us.com
                                             Meng.Zhong@wbd-us.com

                                             Kirstin M. Jahn
                                             Nevada Bar No. 6000
                                             JAHN & ASSOCIATES, LLC
                                             1942 Broadway Suite 314
                                             Boulder, CO 80302
                                             Telephone:     (303)545-5128
                                             Kirstin@jahnlaw.com

                                             *Attorneys for Defendants*


IT IS SO ORDERED:

Dated: September 2, 2025

                                             _____
                                             ANDREW P. GORDON
                                             CHIEF UNITED STATES DISTRICT JUDGE